

## ORIGINAL

1   bluehouseseal

2   LEONARDO M. RAPADAS
    United States Attorney
3   ROSETTA L. SAN NICOLAS
    Assistant U.S. Attorney
4   Suite 500, Sirena Plaza
    108 Hernan Cortez Ave.
5   Hagåtña, Guam 96910
    Tel: (671) 472-7332
6   Fax: (671) 472-7334

7   Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

FEB 0 7 2008 mᵖᵖ

**JEANNE G. QUINATA**
**Clerk of Court**

8           **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE TERRITORY OF GUAM**

10  UNITED STATES OF AMERICA,        )   CRIMINAL CASE NO.  08-00008
                                      )
11                    Plaintiff,      )
                                      )
12          vs.                       )   **APPLICATION TO SEAL RECORD**
                                      )
13  SONG JA CHA,                      )
    IN HA CHA,                        )
14  FREDA ESEUN, and                  )
    SAKNIN A. WERIA,                  )
15                                    )
                      Defendants.     )
16  _____ )

17

18      The United States moves this Honorable Court for an order sealing the record in the

    above-entitled case for the reason that further investigation is still pending in this matter, which
19
    may be hindered by making this cause available for public scrutiny.
20
        Respectfully submitted this 7th day of February 2008.
21
                                            LEONARDO M. RAPADAS
22                                          United States Attorney
                                            Districts of Guam and NMI
23

24                          By:
                                            ROSETTA L. SAN NICOLAS
25                                          Assistant U.S. Attorney

26

27

28