1  LEONARDO M. RAPADAS
   United States Attorney
2  ROSETTA L. SAN NICOLAS
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
4  Hagåtña, Guam  96910
   Tel:  (671) 472-7332
5  Fax:  (671) 472-7334

6  Attorneys for the United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9                FOR THE TERRITORY OF GUAM

10

11  UNITED STATES OF AMERICA,          )  CRIMINAL CASE NO. 08-00008
                                       )
12                      Plaintiff,     )
                                       )
13              vs.                    )    **ORDER TO UNSEAL RECORD**
                                       )
14  SONG JA CHA,                       )
    IN HA CHA,                         )
15  FREDA ESEUN, and                   )
    SAKNIN A. WERIA,                   )
16                                     )
                        Defendants.    )
17  _____)

18      Through an application to unseal the record having come before this Honorable Court and

19  the Court finding good cause for the issuance of the order.

20      IT IS SO ORDERED that the record is unsealed.

21

22

23                              **/s/ Joaquin V.E. Manibusan, Jr.**
                                  **U.S. Magistrate Judge**
                                **Dated: Feb 08, 2008**
24

25

26

27

28