AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     GUAM

**FILED**
DISTRICT COURT OF GUAM
FEB 0 8 2008
JEANNE G. QUINATA
Clerk of Court

UNITED STATES OF AMERICA

V.

FREDA ESEUN

## WARRANT FOR ARREST

Case Number: CR-08-00008-003

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    **FREDA ESEUN**
                                                                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of court

☐ Pretrial Release Violation Petition    ☐ Probation Violation Petition    ☐ Supervised Release Violation    ☐ Violation Notice

charging him or her with (brief description of offense)

Conspiracy, 18 U.S.C. § 371, Count 1

Sex Trafficking, 18 U.S.C. §§ 1591(a) & 2, Count 2

Foreign Transportation for Prostitution, 18 U.S.C. §§ 2421 & 2, Count 3

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

RECEIVED
FEB 0? 2008
US MARSHALS SERVICE-GUAM

JOAQUIN V. E. MANIBUSAN, JR.
Name of Issuing Officer

Magistrate Judge
Title of Issuing Officer

*[Signature]*
Signature of Issuing Officer

02/07/2008      Hagatna, Guam
Date and Location

ORIGINAL

### RETURN

This warrant was received and executed with the arrest of the above-named individual at

DEDEDO, GUAM

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 2/7/08 | EFFEL MATANGUIHAN, S/A | *[Signature]* |
| DATE OF ARREST 2/7/08 | | |

### THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:  **FREDA ESEUN**

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____