DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SONG JA CHA,<br>IN HA CHA,<br>FREDA ESEUN and<br>SAKNIN A. WERIA,<br><br>　　　　　Defendants. | CRIMINAL CASE   NO. 08-00008<br><br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent **Defendant Freda Eseun**; and **JOAQUIN C. ARRIOLA, JR.** is appointed to represent the **Defendant Saknin A. Weria** in the above-entitled case.

SO ORDERED *nunc pro tunc* to February 8, 2008.

　　　　　　　　　　　　　　　　　　　**/s/ Joaquin V.E. Manibusan, Jr.**
　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　**Dated: Feb 12, 2008**