# UNITED STATES DISTRICT COURT

DISTRICT OF _____

**FILED**
DISTRICT COURT OF GUAM
GUAM FEB 22 2008

JEANNE G. QUINATA
Clerk of Court

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**

**FREDA EUSEN**

Case Number: CR-08-00008-003

(Name and Address of Defendant)

RECEIVED
FEB 20 2008
US MARSHALS SERVICE-GUAM

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>3rd Floor, U.S. Courthouse<br>520 West Soledad Avenue | 302 |
| Before: Honorable Joaquin V. E. Manibusan, Jr. | Date and Time<br>Tuesday, February 26, 2008 at 10:00 a.m. |

To answer a(n)
[X] Indictment  [ ] Information  [ ] Complaint  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**Sex Trafficking, 18, US.C. §§ 1591(a) & 2, Count 2**

**Coercion and Enticement to Travel for Purpose of Prostitution, 18 U.S.C. §§ 2422 & 2, Count 3**

ORIGINAL

MARILYN B. ALCON; Deputy Clerk
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

**February 20, 2008**
Date

# RETURN OF SERVICE

Service was made by me on:[1]   Date  2/21/08

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: Residence at Dededo, Gua.

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  2/21/08
            Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.