# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-08-00008　　　　　　　　　　DATE: February 26, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Recorder: Walter Tenorio |
| Courtroom Deputy: Walter Tenorio | Electronically Recorded: 10:23:25 - 10:32:59 |
| CSO: D. Quinata | |

**APPEARANCES:**

Defendant: Freda Eseun
　　　　　　Saknin Weria

Attorney: John Gorman
　　　　　　Leevin Camacho for Joaquin C. Arriola, Jr.

☑ Present ☐ Custody ☐ Bond ☑ P.R.　　　☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Rosetta San Nicolas　　　　U.S. Agent:
U.S. Probation: Stephen Guilliot　　　　　U.S. Marshal: D. Punzalan
Interpreter: Tatasy Curley　　　　　　　　Language: Chuukeese

**PROCEEDINGS: Initial Appearance on an Indictment and Arraignment**
- Defendants arraigned and advised of their rights, charges and penalties.
- Defendants waive reading of <u>Indictment</u>.
- Pleas entered: <u>Not guilty</u>
- Trial set for: <u>April 28, 2008 at 9:30 a.m.</u>
- Defendants released on bail as previously ordered by this Court.

NOTES: