

*9th Grade*
*JFK, 2002*

*1*

# GUAM POLICE DEPARTMENT
## Government of Guam
### Hagåtña, Guam

# CUSTODIAL INTERROGATION

## YOUR RIGHTS

Case No.: **08-1208**
Place: **TTPC**
Date: **1-13-08**
Time: **5:45 AM**

NAME: **Freda Eseun**

Before we ask you any questions, you must understand your rights.

Do you understand? **YES** F

You have the right to remain silent. You do not have to talk to me unless you want to do so.

Do you understand? **YES** F

Anything you say can and will be used against you in a court of law.

Do you understand? **YES** F

You have the right to talk to a lawyer for advice before we ask you any questions and to have him with you during questioning.

Do you understand? **YES** F

If you cannot afford a lawyer, one will be appointed to your before questioning if you wish.

Do you understand? **YES** F

If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time until you talk to a lawyer.

Do you understand? **YES** F

## WAIVER OF RIGHTS

I have read this statement of my rights and I understand what my rights are. I am willing to make a statement and answer questions. I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me.

WITNESS: _____

WITNESS: _____

**Freda**
Signature

GPD - 9
Rev. 2/95

(Narrative Continued)
-Upon entry to the establishment is the lounge area
-Bar located on the West wing of the establishment
-Kitchen noted to be on the South side of the bar, where I noted there to be cooked food similar to the food situated on a table located by the South wall of the lounge
-Towards the end of the hallway, pass the kitchen area is a small hallway which is used as a walk in closet for the girls cloths and which they use every night for work
-Multiple tables and chairs in situated throughout the lounge area
-East of lounge area is a narrow hallway leading to the comfort room area
-I noted there to be a total of 6 comfort rooms all numbered with a gold number by the door
-Each comfort room is furnished with a sofa couch, sofa chairs, coffee table, box of tissue, and a TV.
-Walls decorated with wall paper designed as bricks
-I noted a hidden door located on the South wall by room #1 which leads to the kitchen/living room area where the employees sleep
-Situated on the North wall by the entrance door is a round table
-Further East of the table are multiple cases of beer, neatly stacked by brand (27 Miller Lite, 4 Bud Light, 9 Budweiser)
-Back door to establishment located on the East wall blue in color
-I noted floor to be tiled
-Misc. chairs situated on the Southeast corner
-Blue door leading to the owner's bedroom
-Couch situated on the Southwest corner room
-Sink and Fridge situated by the West wall

DAILEEN ROBERT INTERVIEWED: 1/13/08  2:40A. M.
I conducted an interview with a Blue House employee identified as:

DAILEEN ROBERT (VIVIAN)
FEMALE/ CHUUKESE/ 19 YEARS OLD

who stated that she was being prostituted against their will, and that she has been wanting to leave the establishment but couldn't due Cha having her passport. While I conducted my interview with Robert, she stated that she was recruited in Chuuk by a person who works for the owner of Blue House Lounge identified as:

SONG JA CHA (MAMA)
FEMALE/ KOREAN/ 66 YEARS OLD

and was promised a job as a waitress in a restaurant or an employee in a convenient store. Upon arrival in Guam, she was immediately taken to Blue House to work. She was briefed in what was expected of her by Cha, which was to sit with the customers and entertain them. If the customer buys a "ladies drink" which cost $40.00 USD, she would have to accompany the customer to the comfort room give them a massage and then followed by sexual activity. According to Robert, if she refuse sexual activity and the customer complains to Cha, she would get in trouble and she won't be fed for the night. Robert arrived in Guam on 12/11/07, and since has engaged in sexual activity with approximately over 10 customers. Robert stated that she together with other girls who were employed in Blue House Lounge were taken to the Abortion Center in Tamuning to get a Birth Control shot. Earlier in the morning, I noted Vivian in the room with Bituin. I inquired if Bituin paid $40.00 to engage in sexual activity, which he did. Prior to me knock on the door, Bituin and Robert were both already fully naked, engaging in sexual touching. According to Robert, Bituin was touching and rubbing on Robert's private parts, such as the vagina and breast. (NOTE: DUE TO LANGUAGE BARRIER, MARRISA MANIBUSAN PLAYED AS A TRANSLATOR DURING THE INTERVIEW)

SIMIRINA SAMUEL INTERVIEWED: 1/13/08  3:00A. M.
I conducted an interview with another employee identified as:

SIMIRINA SAMUEL (CINDY)
FEMALE/ CHUUKESE/ 22 YEARS OLD

who stated that upon her arrival on Guam on 12/1/08, she was brought to Blue House to immediately start working as a waitress. Samuel was also promised a waitress position in a restaurant or a store employee in a convenient store. Since Samuel's start in Blue House Lounge, she has had about 10-20 customers whom she had engaged in sexual activity in a convenient store. Samuel stated that her very first night in Blue House, she had her first customer whom she had sexual activity with for a monetary payment. According to Samuel, the $40.00 goes straight to Cha which supposedly pay's for the ladies drink. Both Robert and Samuel stated that they were virgins prior to being employed in Blue House and that they have yet to be paid by Cha. (DUE TO LANGUAGE BARRIER, MARRISA MANIBUSAN PLAYED AS THE TRANSLATOR DURING THE INTERVIEW)

RIGHTS ADVISED: 1/13/08  5:45A. M.
I advised the suspect identified as:



FREDA ESEUN (LYNN)
FEMALE/ CHUUKESE/ 23 YEARS OLD

of her Constitutional Rights via Guam Police Department Custodial Interrogation Form, which she acknowledged, understood and

waived by signing the form. (SEE ATTACHED FORM FOR DETAILS)

SUSPECT INTERVIEWED: 1/13/08 5:46A. M.

I conducted a interview with one of the suspects earlier identified as Freda Eseun, who stated that she was hired by Cha in 2006 but quit in 9/2007 to pursue a relationship with a customer. Relationship did not work out which caused her to return to Blue Hou Lounge for re-employment in 10/9/07. Eseun stated that she is a waitress but would sometimes bar tend and she also stated tha she has no alcohol (ABC) license. She also stated that along with being a waitress, she also accompanies customers to the comfort room where she drinks an alcoholic beverage together with the customer and engages in sexual activities and sexual intercourse for a monetary payment. Eseun get's paid $800.00 USD bi-weekly from Cha. She also stated that she goes into the comfort room to give massages, but does not have any documents stating that she is a trained massage therapist. When asked i Cha knew of the activity happening in Blue House, Eseun stated no and that she only tells them to go into the comfort room to massage the customer. Esuen stated that she has about 2-3 customers a night whom she engages in sexual activity with. According to Esuen, when a customer pay $40.00 for sexual activity, $35.00 goes to the employee and $5.00 goes to Cha. Later into the interview, Eseun stated that she is one of the girls who watch over the other girls to make sure that they do not leave Blue House and that they do not talk about what they do in Blue House to anyone over the phone. When the girls get the chance to go out to mail or anywhere away from Blue House, they are always with Cha and they are constantly monitored by Eseun. According to Robert, she and the other girls are not allowed to leave Blue House unless with Cha. Esuen also stated that she did know of prostitution occurring in Blue House prior to her leaving in 2007. But upon her return, she hasn't had knowledge of any prostituting in Blue House. Esuen concluded this interview by stating that she had sexual intercourse with 2 male customers last night 1/12-1/13/08 for a monetary payment of $40.00 each. (DUE TO LANGUAGE BARRIER AND THE REQUEST OF ESEUN, SPECIAL AGENT B. A. NANATO PLAYED A TRANSLATOR DURING INTERVIEW)

ARREST MADE: 1/13/08 9:00A. M.

While at Tumon Precinct Freda Eseun was arrested for the following charges:

-T-9 GCA SUBSECTION 28.10 PROSTITUTION
-T-9 GCA SUBSECTION 4.60 GUILT ESTABLISHED BY COMPLICITY
-T-11 GCA SUBSECTION 3407 HOSTESS ETC. FORBIDDEN
-T-11 GCA SUBSECTION 3408 PROSTITUTION FORBIDDEN
-T-11 GCA SUBSECTION 3433 CONSUMPTION OF ALCOHOL BEVERAGE BY LICENSEE & EMPLOYEE WHILE ON DUTY PROHIBITED

Eseun was later transported to Hagatna Precinct for processing where she was booked and released.

RECOMMENDATION:

I recommend this report be attached to POI M. L. Laxamana's preliminary report for additional information. And a copy forwarded to the Attorney General's Office for their disposition.