JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:     (671) 472-7111
Facsimile:     (671) 472-7120

Attorney for Defendant
FREDA ESEUN

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 08-00008 |
| | ) | |
| Plaintiff, | ) | JOINDER IN DEFENDANT SONG JA |
| | ) | CHA'S RESPONSE TO GOVERNMENT'S |
| vs. | ) | MOTION TO COMPEL DEFENDANTS |
| | ) | TO SUBMIT TO HANDWRITING |
| FREDA ESEUN, | ) | EXEMPLARS |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW, Defendant FREDA ESEUN, by and through counsel, John T. Gorman, Federal Public Defender, and joins in the Response to Government's Motion to Compel Defendants to Submit Handwriting Exemplars filed by co-defendant Song Ja Cha on April 3, 2008. Ms. Eseun adopts and incorporates by reference herein the said response.

DATED: Mongmong, Guam, April 16, 2008.

/s/ JOHN T. GORMAN



*John T. Gorman*
**Federal Public Defender**
**District of Guam**
**Phone: (671) 472-7111**
**Facsimile: (671) 472-7120**
**GMT + 10:00 Hours**

Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I, JOHN T. GORMAN, hereby certify that a true and exact copy of the foregoing

document was filed with U.S. District Court and electronically served by the U.S. District Court

Clerk's Office to the following on April 16, 2008:

ROSETTA SAN NICOLAS
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam   96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
U.S. Probation Office
Districts of Guam and NMI
2nd Floor, U.S. District Court

DATED: Mongmong, Guam, April 16, 2008.

/s/ JOHN T. GORMAN



John T. Gorman
**Federal Public Defender**
**District of Guam**
Phone: (671) 472-7111
Facsimile: (671) 472-7120
GMT + 10:00 Hours

Attorney for Defendant