# GUAM POLICE DEPARTMENT
Government of Guam
Hagåtña, Guam

## CUSTODIAL INTERROGATION

### YOUR RIGHTS

NAME: Freda Eseun

Case No.: 08-1208
Place: TTPC
Date: 1-13-08
Time: 5:45 AM

Before we ask you any questions, you must understand your rights.

Do you understand? YES F

You have the right to remain silent. You do not have to talk to me unless you want to do so.

Do you understand? YES F

Anything you say can and will be used against you in a court of law.

Do you understand? YES F

You have the right to talk to a lawyer for advice before we ask you any questions and to have him with you during questioning.

Do you understand? YES F

If you cannot afford a lawyer, one will be appointed to your before questioning if you wish.

Do you understand? YES F

If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time until you talk to a lawyer.

Do you understand? YES F

### WAIVER OF RIGHTS

I have read this statement of my rights and I understand what my rights are. I am willing to make a statement and answer questions. I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me.

WITNESS: [signature]

WITNESS: _____

Signature: Freda

GPD - 9
Rev. 2/95

"ATTACHMENT A"